857 A.2d 674

**COUNTY OF LACKAWANNA & Paul Taramelli, Sr., Appellees**

v.

**John McGEE, Appellant.**

Supreme Court of Pennsylvania.

Aug. 6, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of August, 2004, the above appeal is quashed as untimely pursuant to 42 Pa.C.S. § 5571 and Pa.R.A.P. 105(b).